IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MELISA STEWART,

        Plaintiff,

vs.

PRECISE PROPERTIES, LLC,
HAROLD'S KOFFEE HOUSE, INC., AND
JOHN DOES 1 - 2 INCLUSIVE,

        Defendants.

8:15CV376

**ORDER**

IT IS ORDERED:

1) Plaintiff's motion to amend, (Filing No. 17), is granted. Plaintiff's amended complaint shall be filed on or before January 8, 2016.

2) Defendants' motion to strike, (Filing No. 19), is granted, and Defendants' motion for extension of time, (Filing No. 18), is stricken.

4) Defendants' motion for extension of time, (Filing No. 20), is granted. Defendants' deadline for answering or otherwise responding to Plaintiff's complaint or amended complaint is extended to January 29, 2016.

December 31, 2015.

                                    BY THE COURT:

                                    *s/ Cheryl R. Zwart*
                                    United States Magistrate Judge